Gilbert Denny, Respondent, v. Harriet Denny, Appellant.— Interlocutory judgment affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Carl Forsell, Respondent, v. Frank G. Terwilleger, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Alice Glennon, an Infant, by Matthew Glennon, Her Guardian ad Litem, Appellant, v. The City of New York, Defendant, Impleaded with the Tide Water Building Company, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Ellen Gorman, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Thomas and Rich, JJ., concurred; Jenks, P. J., and Carr, J., dissented.

Uzal T. Hayes, as Executor, etc., of Henry M. Hayes, Deceased, Respondent, v. Town of Forestburgh, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

David H. Ketcham, Respondent, v. Albert V. Sammis, Appellant, Impleaded with John F. Wood, Respondent, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Mary A. Kunz, Respondent, v. The City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Thomas, Carr, Woodward and Rich, JJ., concurred; Jenks, P. J., dissented.

John P. Laird, Respondent, v. Edward V. Gambier, Trustee, and Others, Respondents, and Samuel Meredith Strong, Appellant. Samuel Meredith Strong, Appellant, v. Edward V. Gambier, Trustee, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Anna Maria Link, Respondent, v. Joseph Bloch and Rosa Bloch, Appellants, Impleaded with Frieda Bloch, Defendant.— Judgment affirmed. with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.